IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-531-KS

| | |
|---|---|
| WILLIAM J. JOHNSON, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Defendant's unopposed motion to appear by video teleconference for the hearing scheduled on September 23, 2015, at 10:00 a.m., it is hereby ORDERED that Defendant's motion is GRANTED. At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

This 21st day of August 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge