UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM J. JOHNSON, III<br>    Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) <br> ) | **JUDGMENT** |
| CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security,*<br>    Defendant. | ) <br> ) <br> ) <br> ) | Case No. 5:14-CV-531-KS |

---

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's Motion for Judgment on the Pleadings [DE-19] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-23] is DENIED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on December 4, 2015, with electronic service upon:

Michael Bertics, *Counsel for Plaintiff*
Cathleen C. McNulty, *Counsel for Defendant*

                                   **JULIE RICHARDS JOHNSTON,**
                                   CLERK, U.S. DISTRICT COURT

December 4, 2015                 /s/ *Shelia Foell*
                                   (By): Shelia Foell, Deputy Clerk