IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00531-KS

| | |
|---|---|
| WILLIAM J. JOHNSON, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR ATTORNEY'S FEES |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court hereby awards Plaintiff $4,622.00 in attorney's fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED this 14th day of March 2016.

_____
KIMBERLY A. SWANK
United States Magistrate Judge