UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. JOHNSON,  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CAROLYN W. COLVIN,  )<br>*Acting Commissioner of Social Security,*  )<br>       Defendant.  ) | **JUDGMENT**<br><br>Case No. 5:14-CV-531-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Plaintiff's Motion for Attorney Fees [DE-36] and awards Plaintiff, $4,622.00 in attorney's fees under the Equal Access to Justice Act, pursuant to 28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

This Judgment filed and entered on March 14, 2016, with *electronic service* upon:

**Michael Bertics**
*Counsel for Plaintiff*

**Cathleen McNulty**
*Counsel for Defendant*

                                            **JULIE R. JOHNSTON**
                                            **CLERK, U.S. DISTRICT COURT**

March 14, 2016                                /s/ *Shelia D. Foell*
                                                (By): Shelia D. Foell, Deputy Clerk