UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. JOHNSON, III,<br>　　　Plaintiff,<br><br>　　　v.<br><br>NANCY A. BERRYHILL,<br>*Acting Commissioner of Social Security,*<br>　　　Defendant. | **JUDGMENT**<br><br>Case No. 5:14-CV-531-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $26,600.00, and refund to the Plaintiff the smaller award between this amount and the EAJA award.

This judgment filed and entered on April 27, 2017, with *electronic service* upon:

**Michael Bertics**
*Counsel for Plaintiff*

**Cathleen McNulty**
**Wanda Mason**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

April 27, 2017　　　　　　　　　　　　　/s/ *Shelia D. Foell*
　　　　　　　　　　　　　　　　　　　　(By): Shelia D. Foell, Deputy Clerk